In the Matter of the Claim of FREDERICK RICHARDSON, Respondent, against MARINETTE PAPER CO. et al., Appellants, and NEW YORK STATE DIVISION OF HIGHWAYS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — Appeal by employer and insurance carrier from an award of compensation which imposed proportionate liability of two thirds of the award on appellants, and one third on the Special Fund for Reopened Cases. Claimant had two accidents, one in July, 1935, and the other in May, 1943. The board found that the second accident aggravated the herniated disc pathology which claimant suffered as the result of the first accident, and precipitated the necessity for an operation. There is evidence to sustain the findings. The matter of apportioning liability was within the board's fact finding and discretionary powers. Award unanimously affirmed, with costs to the Workmen's. Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ.

In the Matter of the Claim of HENRY WARMACK, Respondent, against MARLIN ROCKWELL CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by employer and insurance carrier from an award of compensation. Appellants contend that the award should have been made against the Fund for Reopened Cases under section 25-a of the Workmen's Compensation Law. Claimant was first injured in 1936, and his case was closed in that year. In 1945, more than seven years later, it was reopened. The board has found however that the employer made an advance payment of compensation within three years from the date of the application to reopen by furnishing medical treatment. There is evidence to sustain the finding. Award affirmed, with costs to the Workmen's Compensation Board. Hill, P. J., Heffernan, Brewster and Foster, JJ., concur; Deyo, J., dissents and votes to reverse and remit the matter to the board for the purpose of making an award against the Special Fund.

In the Matter of the Claim of CHARLES CAWEIN, Respondent, against ORANGE COUNTY TELEPHONE COMPANY et al., Appellants, and SPECIAL FUND FOR REOPENED CASES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. — Appeal from a schedule award for the loss of the right eye. Claimant was injured while working for his employer and in the course of his employment. The eye was enucleated in 1944. Payments for disability were made within three years of the enucleation. Award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ. [See *post*, p. 1037.]